1030-20288                                                                                                          #1293216

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF REC MARINE LOGISTICS, LLC AS OWNER AND OPERATOR OF THE M/V ROMAN ELIE, FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO:** 17-10956<br><br>**SECTION: R (5)** |

**ORDER APPROVING PETITIONER'S**
**AD INTERIM STIPULATION FOR VALUE AND DIRECTING ISSUANCE OF**
**NOTICE AND RESTRAINING PROSECUTION OF CLAIMS**

A Complaint having been filed herein on the 20th day of October, 2017, by the above-named Petitioner, REC Marine Logistics, LLC, for exoneration from or limitation of liability pursuant to Title 46 U.S.C. §§ 30501-30512 and pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for any loss, claim, injuries, destruction, or alleged damage caused by or resulting from an incident on or about April 23, 2017, wherein the M/V ROMAN ELIE allegedly allided with a platform known as the West Delta 103F, all as more fully described in the Complaint.

And, the Complaint having stated that the value of Petitioner's interest in the M/V ROMAN ELIE and its pending freight do not exceed TWO MILLION TWO HUNDRED AND TWO THOUSAND ($2,202,000.00) DOLLARS, as set forth in the Affidavit of Value attached to the Petitioner's Complaint; and the Petitioner having deposited in the Court security for the benefit of Claimants, an Ad Interim Stipulation with surety at least equal to the amount or value of its interest in the said vessel and her pending freight in the sum of TWO MILLION TWO HUNDRED AND TWO THOUSAND ($2,202,000.00) DOLLARS, with interest as provided by law from this date, executed by Petitioner and/or its insurer.

NOW, THEREFORE, on motion of Salvador J. Pusateri, counsel for Petitioner, it is ordered as follows:

1. The above-described Ad Interim Stipulation deposited with the Court for the benefit of Claimants in the sum of TWO MILLION TWO HUNDRED AND TWO THOUSAND ($2,202,000.00) DOLLARS, with interest aforesaid, as security for the amount or value of the Petitioner's interests in the M/V ROMAN ELIE and its pending freight, be and it is hereby approved;

2. The Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount or value insufficient or excessive and upon demand, the Court may similarly order an increase or reduction if it finds that such order is necessary to carry out the provisions of 46 U.S.C. § 30505, as amended;

3. A notice shall be issued by the Clerk of Court to all persons asserting claims with respect to which the Complaint seeks exoneration or limitation admonishing them to file their respective claims with the Clerk of Court in writing, and to serve on counsel for Petitioner a copy thereof on or before the __23rd__ day of ____January____, 2018, or be defaulted, and that if any Claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on counsel for Petitioner an answer to the Complaint on or before the said date, unless his claim had included an answer to the Complaint, so designated, or be defaulted;

4. The aforesaid notice shall be published in the forum required by Supplemental Rule F of the Federal Rules of Civil Procedure, once a week for four successive weeks prior to the date fixed for the filing of claims in a newspaper of general circulation published in the State of Louisiana or a newspaper or newspapers as the Court may direct. Copies of the Notice shall also be mailed in accordance with Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims;

5. The commencement of and the further prosecution of any and all actions, suits, and proceedings already commenced and the commencement or prosecution thereafter of any and all actions, suits, or proceedings of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against the Petitioner as aforesaid, or against the M/V ROMAN ELIE, or its liability insurers or against any property of the Petitioner except in this action, to recover damages for or in respect of any injury, loss, destruction and/or damages caused by or resulting from the aforesaid incident as stated in the Complaint, be and they are hereby restrained, stayed and enjoined until the hearing and determination of this action;

6.  Service of this Order as a restraining order may be made by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively, delivered by hand.

New Orleans, Louisiana, this __23rd__ day of _____October_____, 2017.

_____Sarah Vance_____
UNITED STATES DISTRICT JUDGE